**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rashard Zanders, et al.,            **Civil No.: 07-2171 (RHK/JSM)**

       Plaintiffs,                      **ORDER**

vs.

Lori Swanson, et al.,

       Defendants.

---

Having reviewed the written submissions of the parties with respect to the several dispositive motions scheduled for hearing on August 28, 2008, the Court concludes that oral argument will not materially assist it in resolving said motions. Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The August 28, 2008 hearing with respect to Defendant Lori Swanson's Motion to Dismiss (Doc. No. 3), Defendant Susan Segal's Motion to Dismiss (Doc. No. 6), and Plaintiffs' Motion for Summary Judgment (Doc. No. 14) is **CANCELED**; and

2. Said Motions are deemed submitted for resolution upon the written record and without oral argument.

Dated: August 19, 2008.

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge